Gmail

Terence Niehoff <tniehoff@gmail.com>

---

## LETTER TO JUDGE FOR WILBERT CLARK
1 message

---

**Sheila Williams** <wsheila0302@gmail.com>  Wed, Sep 11, 2024 at 1:23 PM
To: "tniehoff@gmail.com" <tniehoff@gmail.com>

- To whom it may concern,

Hello my name is Sheila Williams I am the big sister of Wilbert Clark. This letter is to give you a little insight on Mr.Clark, he is a great Father,Grandfather , Son, Sibling and Uncle. He has played a big part in helping me raise my 3 children. He speaks a lot of importance and knowledge into the younger generation in our family he's the one they come to for advice are just a listening ear because they know he will make them see the bigger picture to whatever the situation is they have going on. On some weekends when our parents goes out to feed the homeless he goes and helps out if he's available he has gathered shoes, clothing, and toiletries items from his home and given to them as well. Before his motorcycle accident he work for Saint Louis Public School Transportation he was loved by all of his bus students and even their parents. The children thought he was the coolest bus driver and so did the parents. Despite of the situation he has gotten himself in he is really a great person. I can go on and on about the things he has done for family and others but there's not even enough time because honestly it would be a short story book. I really hope that with reading this letter along with the others, that he can get another chance to make this a better situation. When I say this I'm not just speaking for myself I'm speaking for our family as a whole Wilbert is greatly appreciated and loved by family and friends.

- 

    Thanks for reading,


    Sheila Williams



Terence Niehoff <tniehoff@gmail.com>

## LETTER TO JUDGE FOR WILBERT CLARK
1 message

**Sheila Williams** <wsheila0302@gmail.com>  Thu, Sep 12, 2024 at 6:31 PM
To: tniehoff@gmail.com

      To whom it may concern,
 Hello my name is Terrance Porter, I am the cousin of Wilbert Clark. I'm writing this letter to tell you the importance he is to me. A couple of years ago I was going through a very dark time in my life to were nothing and I mean nothing meant anything to me not even life. I was out in the world a lost soul. The devil was working hard on me I lost FAITH in GOD. When Wilbert got word of what I was going through he got my location and came and found me and took me up under his wings. No matter how much I gave up on myself through the process he never gave up on me. He showed and told me often that I am somebody and that everyone goes through life good are bad,but it's up to me as a MAN as a person to defeat any obstacle that the world balls up and throws at me. It took me a minute to get on board, but now my life is being lived as better than before and I owe it all to him. I made things right with my family and friends before this incident happened with him he was helping me get my paperwork in order so I can go back to so school so I can be apart of his auto business. To be honest without him I don't really know where I would be with life right now he is my Angel here on Earth I'm very grateful for him.
      Thanks for your time,
      Terrance Porter



Terence Niehoff <tniehoff@gmail.com>

## LETTER TO THE JUDGE FOR WILBERT CLARK
1 message

**Sheila Williams** <wsheila0302@gmail.com>  Thu, Sep 12, 2024 at 6:35 PM
To: tniehoff@gmail.com

      To whom it may concern,
 I'm Yvonne Rhodes mother of Wilbert Clark jr. This letter is being written to give a little inside look at my son's life. Wilbert is a great son to me and his step dad we both are going through health issues which has caused my husband to not be able to work and myself to miss a large amount of days from work from time to time.I suffer from severe sciatica nerve pain. Not sure if you are familiar with it but it shuts your body performance down. Its times were I've been in so much pain too were I couldn't get up out of bed to take care of my personal needs like bathe,put on clothes comb my hair are walk and by my husband being ill it's not much he can do. Wilbert has came to my rescue from picking me up carrying me from room to room to bathing me ,putting on my clothes combing my hair all while he's in pain himself from a recent accident. My husband suffers from Herniated disc in his cervical spine. Sometimes he's in pain and off balanced with walking are standing for a period of time. Wilbert comes over helps clean the house do yard work and also look out for our puppies when we can't do it are our other children/grandchildren can't. He has a heart of gold and will stand in whenever he is needed no questions asked he loves on his family to the fullest.
      Thanx for reading,
          Yvonne Rhodes

 Gmail

Terence Niehoff <tniehoff@gmail.com>

**(no subject)**
1 message

**Kenny Rhodes** <kdrssr69@gmail.com>  
To: tniehoff@gmail.com

Sat, Sep 14, 2024 at 3:57 PM

To whom it may concern.
My name is Kenny Rhodes. I'm the step dad. I just want to first say. Thank you for reading my letter.
Wilbert Clark is a humble great respectful man. He loves family, he show great love to his family. I'm grateful to have him around when he was here, he helped out with me when my wife Yvonne wasn't available.
Despite everything that has happened isn't a great thing. It's just a great humble soul stuck in a situation that should not have occurred. I'm a concerned parent, everyone deserves another Chace. Wilbert clark fits that category. Thank you.



Terence Niehoff <tniehoff@gmail.com>

## LETTER FOR WILBERT CLARK
1 message

**Sheila Williams** <wsheila0302@gmail.com>  
To: tniehoff@gmail.com

Mon, Sep 30, 2024 at 3:55 PM

To whom this letter may concern ,

    Hello my Name is Nina Edwards. I am the mother of Wilbert Clark's second born daughter. Wilbert and I have been together in a relationship since middle school. Since Wilbert began working at a young age to now, he's been able to provide for me. Even after our daughter came into the world, he continued to make sure that both of us were safe as well as well taken care of .Wilbert is a great father/grandfather to our daughter his oldest daughter and her children. He spreads his love all around when it comes to family. He is like a mentor to the younger ones in his family and also in mine. He speaks a lot of positive into them to try to keep them out of trouble, further their education are just to do better in life. He has been my rock/backbone and my shoulder to cry on since I lost my mom. I don't know what I would do without him being a part of my life. I know the decision is yours on the next step and I don't know how many letters you have received but I hope and pray that you see that he is really a great dude with a big heart and means a lot to family.

        Thanx for reading

 Gmail

Terence Niehoff <tniehoff@gmail.com>

## LETTER FOR WILBERT CLARK
1 message

**Sheila Williams** <wsheila0302@gmail.com>  
To: tniehoff@gmail.com

Tue, Oct 1, 2024 at 5:28 PM

Hello,

- I'm Latoria Clark, Wilbert Clark's daughter. I don't know were to start, my dad has been a great dad to me financially, emotionally,and mentally.He is also the best grand dad to my little ones. He spoils them but also teaches them things that they should know at their ages. Before he was detained he was also and still is a support system for my mom she has been struggling with bipolar , depression and schizophrenia disorders for some time now. He tries his best to keep her grounded as much as he can even with him being detained he talks to her to make sure she's taking her meds eating and goin to her appointments. When he was on the streets sometimes she would be off her meds and no one would know where she would be he would search and search until she was found and help her get back on track. And just for that we both are very grateful for him when my dad loves and cares for you he shows it on all levels. I know the decision is yours and you will choose what you feel is best for him in this situation and we can only except it and pray that this is a lesson learned on his end.
    - Thanks for your time
        - Latoria Clark



Terence Niehoff <tniehoff@gmail.com>

## LETTER TO JUDGE FOR WILBERT CLARK
1 message

**Sheila Williams** <wsheila0302@gmail.com>  Tue, Nov 5, 2024 at 4:28 PM
To: tniehoff@gmail.com

This letter is to whomever it may concern, MY name is Latoya Brison I'm Wilbert first child mother, her name is Latoria Clark. I have been knowing Wilbert for over 20 years, he has a good caring heart and he is a loving father to his daughter and great grandpa to his granddaughters. Im hoping and praying when Wilbert do be judged he is also judged by his good qualities.

        Sincerely yours,
        Latoya Brison

# Compton Heights Baptist Church
A Caring Community, Reaching Out To The World.

Wendell E. Sapp  Pastor

To whom It may Concern.                                      October 08, 2024

I am writing on behalf of Wilbert Clark, who grew up in the community where I have served as pastor for 39 years. In Wilbert's younger years he and many of his friends participated in a weekly Children's Bible Club at our church. Wilbert has always shown great respect for his friends, me and other adults in our community.

As he became a young man, I have known Wilbert more as a father and have had his daughter, Latoria, in many of our children and youth programs through church. Wilbert has always been very supportive of his daughter and has maintained a positive relationship with Latoria's mother, Latoya. Wilbert has not only shown love with support to his daughter but has provided for her needs to the best at his abilities. Wilbert has two brothers and one sister with whom he has also maintained a very positive relationship.

Although Wilbert did not graduate from Roosevelt High School, he did work to complete his G.E.D. and later worked as an auto mechanic as well as driving a school bus.
Although Wilbert has made bad choices in recent years, I believe he has a good heart and has the potential to be a positive influence on his family, friends and a productive person in the community.

If you have any questions or need further information, please feel free to contact me at 314-580-4099 or at sappwendell@gmail.com.

Sincerely,

*Pastor Wendell E. Sapp*

Pastor Wendell E. Sapp

Dear judge I am Nariyha my father's daughter I miss him so much and I expect him to get out as soon as possible me and my mother love him dearly and hopefully you let him out. I Love you dad♡

From: Nariyha Clark